APPLE AMERICAN GROUP LLC
Jenna M. Yott (SBN 251901)
225 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 523-9405
Facsimile:  (415) 500-6629
jyott@flynnrg.com

Attorneys for Defendant
APPLE SOCAL LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>APPLE SOCAL LLC D/B/A APPLEBEE'S; BRANSFORD W. JACKSON, TRUSTEE OF BRANSFORD W. JACKSON TRUST,<br><br>Defendants.<br><br>APPLE SOCAL LLC,<br><br>Cross-Complainant,<br><br>v.<br><br>W. JACKSON BRANSFORD, TRUSTEE OF BRANSFORD LIVING TRUST,<br><br>Cross-Defendant. | Case No. 8:19-cv-02446 JVS (KESx)<br><br>**NOTICE OF INTERESTED ENTITIES**<br><br>The Hon. James V. Selna<br><br>Action Filed:   December 17, 2019<br>Trial Date:       Not Set |

1

NOTICE OF INTERESTED ENTITIES OF APPLE SOCAL LLC             Case No. 8:19-cv-02446

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Cross-Complainant Apple SoCal LLC discloses that it is a Delaware limited liability company that has one member, Apple American Group LLC.

Dated: February 7, 2020

APPLE AMERICAN GROUP LLC

By: */s/ Jenna M. Yott*
Jenna M. Yott
Attorneys for Defendant and Cross-Claimant
APPLE SOCAL LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 7, 2020.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have dispatched the foregoing to a third party commercial carrier for personal delivery within 3 calendar days and placed a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid, in the United States Mail at San Francisco, California to the following non-CM/ECF participants:

> W. Jackson Bransford
> Trustee for the Bransford Living Trust
> 17682 Mitchell North, #200
> Irvine, CA 92714

Dated:  February 7, 2020            APPLE AMERICAN GROUP LLC

By: _____.
Jenna M. Yott
Attorneys for Defendant & Cross-Complainant Apple SoCal LLC